IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL PAUL CHRISTMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  04-4541 |
| | : | |
| **JAMES L. GRACE, et al.** | : | |

### ORDER

**AND NOW**, this 14th day of June, 2005, upon careful and independent consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and having received no objections thereto, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is **DENIED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

S/Bruce W. Kauffman
**BRUCE W. KAUFFMAN,  J.**